UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JON BURKETT, | Case No. 1:19-cv-01335-EPG |
| Plaintiff, | **STIPULATION & ORDER FOR EXTENSION OF TIME** |
| vs. | |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from June 14, 2020 to July 14, 2020, to respond to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Pursuant to paragraph 12 of this Court's Scheduling Order (Docket no. 6), this Court "will allow a single thirty (30) day extension of any part of this scheduling order by stipulation of the parties." No party has requested an extension in this case previously.

Defendant respectfully requests an extension because counsel requires additional time to review the CAR, to evaluate the issues raised in Plaintiff's brief, and to confer with her client

regarding same. In light of the global COVID-19 crisis, SSA is switching to new work processes, and is focusing on providing the most critical services by mail, phone and online to those most in need. SSA is also taking additional steps to protect its employees and help stop the spread of COVID-19, maximizing social distancing, including significantly limiting employee access to SSA facilities for health and safety only and moving rapidly toward a virtual work environment. Although the agency is working diligently to provide ongoing services, including legal services, there are practical implications for our litigation workloads and communication with other agency personnel is taking longer than it ordinarily would. Therefore, the undersigned counsel for the Commissioner requests a 30-day extension to prepare and file the Commissioner's brief.

Plaintiff does not oppose the requested extension of time.

Respectfully submitted,

Dated: _June 10, 2020        LAW OFFICES OF STUART T. BARASCH

By: */s/ Stuart T. Barasch*
    STUART T. BARASCH
    Attorneys for Plaintiff
    [*As authorized by e-mail on Jun. 10, 2020]

Dated: June 11, 2020         McGREGOR W. SCOTT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                         By: */s/ Margaret Branick-Abilla*
                             MARGARET BRANICK-ABILLA
                             Special Assistant United States Attorney
                             Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, (ECF No. 15), and good cause appearing, Defendant shall respond to Plaintiff's Opening Brief no later than July 14, 2020.

IT IS SO ORDERED.

Dated:  **June 11, 2020**                                      /s/ *Erica P. Grosjean*
                                                                              UNITED STATES MAGISTRATE JUDGE