UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JON BURKETT,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No.  1:19-cv-01335-EPG<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d)<br><br>(ECF No. 32) |

On January 13, 2021, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (ECF No. 32). On January 22, 2021, Defendant filed a statement of non-opposition, which "States that [Defendant] does not oppose plaintiff Eric Jon Burkett's Motion for Attorney's Fees" and cited Eastern District of California Local Rule 230(c). (ECF No. 33). Based on the non-opposition, the Court will grant Plaintiff's motion.

IT IS HEREBY ORDERED that:

1.     Plaintiff's motion for attorney's fees (ECF No. 32) is GRANTED;

2.     Attorney fees and expenses in the amount of Six Thousand Nine Hundred Fifty-Seven Dollars and Four Cents ($6,957.04) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

3.     If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's

Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's Attorneys Of Counsel firm, Olinsky Law Group EIN 26-2258247.

    4.    Whether the check is made payable to Plaintiff or to the attorney's office, the check shall be mailed to the following address:

> Olinsky Law Group
> 250 South Clinton Street Suite 210
> Syracuse, NY 13202

IT IS SO ORDERED.

Dated: **January 25, 2021**     /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE